FILED
2009 Feb-02 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MURRAY, | ] |
| | ] |
| Petitioner, | ] |
| | ] |
| vs. | ] CIVIL ACTION NO. 2:06-CV-0531-RDP-RRA |
| | ] |
| JERRY FERRELL, et al., | ] |
| | ] |
| Respondents. | ] |

## MEMORANDUM OPINION

This case is before the court on Petitioner James Murray's Petition for Writ of Habeas Corpus. (Doc. #1). In the magistrate judge's Report and Recommendation (Doc. #8) entered November 7, 2008, he converted Respondents' Answer into a motion for summary judgment and recommended that the motion for summary judgment be granted and the action dismissed. Objections have been filed. The court has considered the entire file in this action, including the Report and Recommendation and Petitioner's objections thereto, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. Therefore, Respondents' motion for summary judgment (Doc. # 5) is due to be granted and this habeas petition dismissed. An appropriate order will be entered.

**DONE** and **ORDERED** this ___2nd___ day of February, 2009.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE